ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/28/2015 9:04:51 AM
KEITH HOTTLE
CLERK

# ROYSTON RAYZOR

### Est. 1892

*Brian C. Miller*
Of Counsel
Board Certified – Civil Appellate Law
Texas Board of Legal Specialization
brian.miller@roystonlaw.com

Internet:  www.roystonlaw.com

Royston, Rayzor, Vickery & Williams, LLP
Attorneys at Law

1300 Frost Bank Building
802 N. Carancahua
Corpus Christi, TX 78401-0021
Main: 361.884.8808
Fax: 361.884.7261

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/28/2015 9:04:51 AM

KEITH E. HOTTLE
Clerk

August 28, 2015

Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205-3037

   Re: *In re Laura Leticia Zepeda Vasquez* . No. 04-14-00899-CV

Dear Mr. Hottle:

   Counsel for appellees Virtex Operating Co. Inc. and Virtex Holdings L.L.P. will not present oral argument on September 15. We have agreed to yield oral argument time to other appellees. The Virtex appellees, however, continue to assert all arguments in their brief.

       Sincerely,

       /s/ Brian Miller
       Brian Miller
       *Lead appellate counsel for the*
       *Virtex Appellees*

| Galveston | Houston | **Corpus Christi** | Rio Grande Valley | San Antonio |

59933:20167417

cc:

*Via e-filing system*
Jeffrey L. Dorrell
H. Mark Burck
Daniel R. Dutko
HANSZEN LAPORTE
11767 Katy Fwy., Suite 850
Houston, TX 77079

*Counsel for appellant Laura Vasquez*

*Via e-filing system*
J. Joseph Vale
E. Michael Rodriguez
Erin A. Hudson
ATLAS HALL & RODRIGUEZ L.L.P.
818 Pecan Blvd.
P.O. Box 3725
McAllen, TX 78501

*Counsel for Enterprise
defendants/appellees*

*Via e-filing system*
Isaac J. Huron
Ramon R. Rodriguez
DAVIS CEDILLO & MENDOZA INC.
McCombs Plaza, Suite 500
755 E. Mulberry Ave.
San Antonio, TX 78212

*Counsel for Legend
defendants/appellees*

*Via e-filing system*
James M. "Jamie" Parker Jr.
David L. Ortega
NAMAN HOWELL SMITH & LEE
P.L.L.C.
10001 Reunion Pl., Suite 600
San Antonio, TX 78216

*Counsel for Lewis
defendants/appellees*

*Via e-filing system*
William A. Abernathy
Clay E. Coalson
Donnell Abernethy & Kieschnick
P.C.
555 N. Carancahua St., Ste. 1770
Corpus Christi, Tx 78401

*Counsel for defendat/appellee
Rosetta Resources Operating Co,*

*Via e-filing system*
Jose E. Garcia
Francisco R. Villarreal
GARCIA & VILLARREAL
P.L.L.C.
4311 N. McColl Rd.
McAllen, Tx 78504

*Counsel for defendant/appellee XTO
Energy Inc.*